Case 3:23-cr-00125-ECM-KFP   Document 40   Filed 07/03/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America
v.
James Lamar Patrick

Case No: 3:23cr125-ECM
USM No: 12768-002

Date of Original Judgment: 09/11/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Stephen P. Ganter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  15  months **is reduced to**  12 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This term of imprisonment shall be served consecutively to the term of imprisonment imposed in USDC MDAL Docket no. 3:09-cr-00121-ECM. This term of imprisonment shall be served concurrently with any term of imprisonment imposed in the related case pending in Auburn, Alabama Municipal Court, Docket No. TR23-2837.

Except as otherwise provided, all provisions of the judgment dated  09/11/2023  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/03/2024

/s/ Emily C. Marks
*Judge's signature*

Effective Date:
*(if different from order date)*

Emily C. Marks, Chief United States District Judge
*Printed name and title*